ACCEPTED
12-15-00173-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/19/2015 4:03:27 PM
CATHY LUSK
CLERK

| | |
|---|---|
| Appellate Docket Number: | 12-15-00173-CR |
| Appellate Case Style: Style: | Michael Benjamin Johnson |
| Vs. | State of Texas |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/19/2015 4:03:27 PM

CATHY S. LUSK
Clerk

| | |
|---|---|
| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name:  Michael | ☒ Lead Attorney |
| Middle Name:  Benjamin | First Name:  Austin |
| Last Name:  Johnson | Middle Name:  Reeve |
| Suffix: | Last Name:  Jackson |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed      ☐ District/County Attorney |
| Pro Se:  ○ | ☐ Retained      ☐ Public Defender |
| | Firm Name: |
| | Address 1:  112 E. Line |
| | Address 2:  Suite 310 |
| | City:  Tyler |
| | State:  Texas          Zip+4:  75702 |
| | Telephone:  (903) 595-6070     ext. |
| | Fax: |
| | Email:  JLawAppeals@gmail.com |
| | SBN:  24046139 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Michael

Middle Name:

Last Name: West

Suffix:

☐ Appointed    ☒ District/County Attorney
☐ Retained     ☐ Public Defender

Firm Name: Smith County District Attorney

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas    Zip+4: 75702

Telephone:    ext.

Fax:

Email:

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 29, 2015

Offense charged: Aggravated Assault

Date of offense: April 18, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 18, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Life confinement

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA    If yes, date filed: August 19, 2015

Date of hearing: August 19, 2015    ☐ NA

Date of order: August 19, 2015    ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: August 19, 2015

## VIII. Trial Court And Record

Court: 241st District Court

County: Smith

Trial Court Docket Number (Cause no): 241-0950-14

Trial Court Judge (who tried or disposed of the case):

First Name: Jack

Middle Name:

Last Name: Skeen

Suffix:

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas          Zip + 4: 75702

Telephone:          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Aug 20, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Aug 20, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official          ☐ Substitute

First Name: Christy

Middle Name:

Last Name: Humphries

Suffix:

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State: Texas          Zip + 4: 75702

Telephone:          ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                Court: 

Style:

        Vs.    State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)              Date:   19 August 2015

Printed Name:   _Austin Reeve Jackson_          State Bar No: 24046139

Electronic Signature:   /s/Austin Reeve Jackson        Name:   Austin Reeve Jackson
        (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  August 19, 2015    .

Signature of counsel (or pro se party)           Electronic Signature: 
                                           (Optional)

                                    State Bar No.:   24046139

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 19, 2015

Manner Served: Regular Mail

First Name: Michael

Middle Name:

Last Name: West

Suffix:

Law Firm Name: Smith County DA

Address 1: 100 N. Broadway

Address 2:

City: Tyler

State Texas    Zip+4: 75702

Telephone:    ext.

Fax:

Email: